UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1827
_____

UNITED STATES OF AMERICA

v.

JOSE SOTO,
                              Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Crim. No. 2-20-00903-002)
District Judge: Honorable William J. Martini
_____

Before:   RESTREPO, MATEY, and McKEE, Circuit Judges


ORDER AMENDING OPINION


        It has come to the Court's attention that the opinion filed in this case contained citations which appeared as bolded text.  The opinion is hereby amended to remove the bolded text.  As this amendment is clerical in nature, the original filed date of the opinion and the judgment shall not be altered.


                              By the Court,

                              s/ Theodore A. McKee
                              Circuit Judge

Date: December 6, 2024
CJG/cc:      Mark E. Coyne, Esq.
             Richard J. Ramsay, Esq.
             Kevin A. Buchan, Esq.